21 April 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

FILED

4/21/2015

Twelfth Court of Appeals
Cathy Lusk
Clerk

**Re: Lee Vincent v. State**
**12- 15-00019-CR**

Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR. In accordance with Rule 48.4, this letter was sent, by certified mail to the defendant's last known address, however, we have yet to receive the green card back. As such, we are also enclosing a copy of our internal postage order receipt showing that on 31 March 2015, we sent the letter to Mr. Vincent by certified mail.

Because the USPS tracking could not confirm any information about delivery, we have again sent a letter regarding the opinion issued, and will confirm when this letter has been delivered.

Sincerely,


/s/Austin Reeve Jackson

IMb Tracing Number:        94147102008306680692

Print Date & Time:    03/31/15 12:58 PM
Ship Date:        03/31/15
Account:            780979
Type:               Stamp
Postage Amount:    $6.69

Address:                Mr. Lee Vincent
                        Inmate: 01978797
                        Gurney Unit
                        1385 Fm 3328
                        Palestine TX 75803-5000

Piece Count:        2618
Postage Class:        First-Class Mail
Mailpiece:        Letter
Services:            Return Receipt, Certified Mail
Weight:            2 oz
Balance:            $66.42
Description:
Insurance:        None
Reference Number:

27 MARCH 2015

Mr. Lee Vincent
Inmate: 01978797
Gurney Unit
1385 FM 3328
Palestine, TX 75803

**Re: Opinion**

Mr. Vincent

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion. That is by, 24 April 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,

Austin Reeve Jackson